## James McARDLE; Chung McArdle, Plaintiffs–Appellants

v.

## STATE FARM LLOYDS, Defendant–Appellee.

No. 06–51598.

United States Court of Appeals,
Fifth Circuit.

Feb. 4, 2008.

James Daniel Doyle, Kuhn, Doyle & Kuhn, Austin, TX, for Plaintiffs–Appellants.

Mark A. Lindow, Lindow & Treat, San Antonio, TX, for Defendant–Appellee.

Before JONES, Chief Judge,
GARWOOD, and JOLLY, Circuit Judges.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PER CURIAM: *

The judgment is affirmed. There was no duty to defend. *See Wessinger v. Fire Ins. Exchange,* 949 S.W.2d 834, 841 (Tex. App.—Dallas 1997; no writ). Under these circumstances, there being no duty to defend, there was no duty to indemnify. *See* *American States Ins. Co. v. Bailey,* 133 F.3d 363, 368 (5th Cir.1998).

AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.